STATE OF NEW JERSEY v. GORDON SCHRAM.

July 14, 1982.

Certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, Monmouth County for resentencing in the light of *State v. Butler,* 89 *N.J.* 220 (1982); and it is further ORDERED that, upon the application of the State, the trial court shall vacate the negotiated plea and restore the entire indictments to the trial list.

CAROL ANN FELDMAN v. LEDERLE LABORATORIES.

July 14, 1982.

Certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration in the light of *Beshada v. Johns-Manville Products Corp.,* 90 *N.J.* 191 (1982). Jurisdiction is not retained.

STATE OF NEW JERSEY v. RALPH A. GERVASIO, JR. AND DANA A. MICHIE.

July 14, 1982.

Petition for certification granted.